UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

Christian Mendez,
and other similarly-situated individuals,

        Plaintiff(s),

vs.

Via Fetuccini Corp. d/b/a The Pasta Factory
Company and Richard JJR Sanders
        Defendants.
_____/

## COMPLAINT
(OPT-IN PURSUANT TO 29 U.S.C § 216(B))

The Plaintiff, Christian Mendez, and other similarly-situated individuals, by and through the undersigned counsel, sue the Defendants and allege:

1. This is an action to recover money damages for unpaid wages under the laws of the United States. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement)("the Act").

2. Plaintiff, Christian Mendez, is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

3. Defendant, **Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders**, is a Florida Limited Liability Company and a Florida resident, respectively, having their main place of business in Miami-Dade County, Florida, where Plaintiff worked for Defendants, and at all times material hereto were and are engaged in interstate commerce. The individual Defendant resides in Miami-Dade County, Florida.

4. The Plaintiff was a Waiter who performed various duties which included: opening and closing the restaurant and setting up the tables, taking telephone order, wiping the tables,

cleaning and putting things away, preparing the food, and, through his business activity, affects interstate commerce. The Plaintiff's work for the Defendants likewise affects interstate commerce. Plaintiff was employed by Defendants as a Waiter by Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders.

5. While employed by Defendant, the Defendants failed to pay the Plaintiff the complete amount for his wages check for four pay periods. Plaintiff earned $5.03 per hour as a tipped employee during his employment with the Defendants.

6. Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing of this complaint, **Plaintiff's good faith estimate of unpaid wages** are as follows:

**Actual Damages** plus interest, representing the amount of unpaid wages on a weekly basis is as follows:

- Pay period one (pay period February 23, 2015 through March 1, 2015): Plaintiff worked 40 hours ($5.03 per hour as a tipped employee) of unpaid wages for a total amount due of $201.20.

- Pay period two (pay period march 2, 2015 through March 8, 2015): Plaintiff worked 40 hours ($5.03 per hour as a tipped employee) of unpaid wages for a total amount due of $201.20.

- Pay period three (pay period March 9, 2015 through March 15, 2015): Plaintiff worked 40 hours ($5.03 per hour as a tipped employee) of unpaid wages for a total amount due of $201.20.

- Pay period one (pay period march 16, 2015 through March 22, 2015): Plaintiff worked 40 hours ($5.03 per hour as a tipped employee) of unpaid wages for a total amount due of $201.20.

THEREFORE, the Plaintiff is owed a total of $804.80 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $804.80.

**TOTAL DAMAGES: $1,609.60 plus reasonable attorney's fees and costs of suit**.

## COUNT I: FAILURE TO PAY/MINIMUM WAGE VIOLATION BY VIA FETUCCINI CORP. d/b/a THE PASTA FACTORY COMPANY AND RICHARD JJR SANDERS

7. Plaintiff, Christian Mendez, re-adopts each and every factual allegation as stated in paragraphs 1 through 6 above as if set out in full herein.

8. At all times material hereto, the Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders, failed to comply with Title 29 U.S.C. §§201-219 and 29 C.F.R. and § 516.2 and §516.4 et seq. in that the Plaintiff, Christian Mendez, performed services and no provision were made by the Defendants to properly pay him as required by the act. The additional persons who may become Plaintiffs in this action were weekly paid employees and/or former employees of the Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders, who are and who were subject to the unlawful payroll practices and procedures of the Defendants.

9. The Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company, knew and/or showed reckless disregard for the provisions of the Act concerning the payment of wages required by the Fair Labor Standards Act (FLSA) and remain owing the Plaintiff, Christian Mendez, straight wages as set forth above.

10. The Plaintiff, Christian Mendez, is entitled to recover double damages. Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders never posted any notice, as required by the Fair Labor Standards Act (FLSA) and Federal Law, to inform employees of their federal rights to minimum wage payments.

11. The Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sander willfully and intentionally refused to pay the Plaintiff, Christian Mendez, minimum wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since February 23, 2015.

12. The Plaintiff, Christian Mendez, has retained the law offices of the undersigned attorney to represent him in this action and is obligated to pay reasonable attorney's fees.

13. The Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders, have violated the FLSA's prompt payment requirement by failing to pay Plaintiff, Christian Mendez, promptly.

14. The Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders violation of FLSA provisions concerning prompt, regular payment of wages was willful.

15. The Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders knew and/or showed reckless disregard for the provisions of the FLSA and its regulations concerning prompt, regular payment of wages.

16. The Plaintiff, Christian Mendez, is entitled to recover liquidated damages in an amount equal the actual damages for Defendant's FLSA violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff and those similarly-situated request that this Honorable Court:

A. Enter judgment for Plaintiff and other similarly-situated and against the Defendants, Via Fetuccini Corp. d/b/a The Pasta Factory Company and Richard JJR Sanders on the basis of Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and other Federal Regulations; and

B. Award Plaintiff actual damages in the amount shown to be due for unpaid wages, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff reasonable attorneys' fees and costs of suit; and

E. Grant such other and further relief as this Court deems equitable and just and/or available pursuant to Federal Law.

## JURY DEMAND

Plaintiff and those similarly-situated demand trial by jury of all issues triable as of right by jury.

Respectfully submitted,

**JARA & ASSOCIATES, P.A.**
19 West Flagler Street, Suite 504
Miami, Florida 33130
Telephone: (305) 372-0290
Facsimile: (305) 675-0383
E-filing: info@jaralaw.com


By: /s/ Franklin A. Jara
Franklin Antonio Jara, Esq.
Fla. Bar No. 636681