UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:15-CV-21534

Christian Mendez,
and other similarly-situated individuals,

   Plaintiff(s),

vs.

Via Fetuccini Corp. d/b/a The Pasta Factory
Company and Richard JJR Sanders
   Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, Christian Mendez, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendants, Via Fetuccini Corp. d/b/a the Pasta Factory Company and Richard JJR Sanders.

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I electronically filed this document with the Clerk of Court using CM/ECF. I further certify that a copy of the foregoing document was served on all counsel of record or pro se parties via Notices of Electronic Filing generated by CM/ECF.

           Respectfully submitted,

           JARA & ASSOCIATES, P.A.
           19 West Flagler Street, Suite 504
           Miami, Florida 33130
           Telephone: (305) 372-0290
           Facsimile: (305) 675-0383
           E-filing: info@jaralaw.com

           By: /s/ Franklin A. Jara
           Franklin Antonio Jara, Esq.
           Fla. Bar No. 636681